No. 66797.—Trans-Atlantic Company *v.* United States, protests 59/25802, etc. (Philadelphia).

465

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of brackets for door closers similar in all material respects to those the subject of *Trans Atlantic Company* v. *United States* (48 C.C.P.A. 30, C.A.D. 758), the claim of the plaintiff was sustained.